LYKES BROS. STEAMSHIP CO., Inc.,
Appellant and Appellee,

v.

Elie J. BOUDOIN, Appellee and
Appellant.

Elie J. BOUDOIN, Appellee and
Appellant,

v.

LYKES BROS. STEAMSHIP CO., Inc.,
Appellant and Appellee.
No. 14765.

United States Court of Appeals
Fifth Circuit.
April 12, 1956.

Before HUTCHESON, Chief Judge,
and HOLMES and BORAH, Circuit
Judges.

PER CURIAM.

The judgment of the District Court
is affirmed.

Louis M. HUNTER and Florence M.
Hunter, his wife, Appellants,

v.

UNITED STATES FIDELITY AND
GUARANTY COMPANY,
Appellee.
No. 15681.

United States Court of Appeals
Fifth Circuit.
April 12, 1956.

Martin Sack, Jacksonville, Fla., for
appellant.

Harry T. Gray, Jacksonville, Fla.,
Francis P. Conroy, Sam R. Marks, Jacksonville, Fla., Marks, Gray, Yates & Conroy, Jacksonville, Fla., of counsel, for appellee.

Before HUTCHESON, Chief Judge,
and RIVES and CAMERON, Circuit
Judges.

PER CURIAM.

Upon the authority of a decision filed March 28, 1956, by the Supreme Court of Florida in a companion case involving the same law and facts, Hunter v. United States Fidelity and Guaranty Company, 86 So.2d 421, the judgment of the Court below is

Affirmed.